Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 408-3401
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EMALEE RAYBURN,<br><br>                Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, dba GEICO, an entity licensed to do business in Nevada; USAA CASUALTY INSURANCE COMPANY, an entity licensed to do business in Nevada DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive,<br><br>                Defendant. | Case No.: 2:21-cv-01660-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT USAA CASUALTY INSURANCE COMPANY'S TIME TO RESPOND TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST, SECOND AND FOURTH CAUSES OF ACTION AND REQUEST FOR PUNITIVE DAMAGES AND ATTORNEY'S FEES**<br><br>**OR IN THE ALTERNATIVE,**<br><br>**MOTION TO SEVER/BIFURCATE AND TO STAY CLAIMS FOR BAD FAITH AND UNFAIR CLAIMS PRACTICES ACT (FIRST REQUEST)** |

      USAA CASUALTY INSURANCE COMPANY ("Defendant"), by and through its counsel of record, Spencer Fane LLP, and EMALEE RAYBURN ("Plaintiff"), by and through her counsel of record, HENNESS & HAIGHT, hereby stipulate and agree to extend the time for Defendant to file its Reply in Support of Support of its Motion to

Dismiss Plaintiff's First, Second, and Fourth Causes of Action and Request for Punitive Damages and Attorney's Fees, or in the Alternative, Motion to Sever/ Bifurcate and to Stay Claims for Bad Faith and Unfair Claims Practices Act ("Motion to Dismiss"). Doc No. 9.

Defendant filed its Motion to Dismiss on September 20, 2021. Doc. No. 9. Plaintiff filed her Opposition to the Motion to Dismiss on October 4, 2021. Doc. No. 15. Defendant's Reply in Support of its Motion to Dismiss is due on October 12, 2021. Plaintiff and Defendant agree that Defendant may have until October 14, 2021 to file its Reply in Support of its Motion to Dismiss.

This is Defendant's first request for an extension and Plaintiff has agreed to the extension of time and no parties will be prejudiced by this brief extension (2 days) to accommodate an unforeseen circumstance by Defendant's counsel.

Dated this 12th day of October, 2021.

SPENCER FANE LLP

 /s/ Mary E. Bacon
Mary E. Bacon, Esq.
NV Bar No. 12686
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
Attorneys for Defendant

Dated this 12th day of October, 2021.

HENNESS & HAIGHT

 /s/ Stephen Mendenhall
Stephen Mendenhall, Esq.
(SBN 5842)
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: October 13, 2021